THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent
 v.
 Charles Jackson, Appellant
 
 
 

Appeal from Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-012
Submitted January 2, 2009  Filed January 8, 2009

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and
 Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Charles
 Jackson appeals his conviction and sentence for second-degree burglary
 (violent).  He argues the trial court erred in denying his motion for a
 directed verdict where there was insufficient evidence of guilt.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Jacksons appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
Huff, Thomas, and Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.